UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TARA O'FLAHERTY,

    Plaintiff,

v.                                    Case No.:  2:20-cv-330-FtM-38MRM

JANSSEN PHARMACEUTICALS, INC., ORTHO-MCNEIL PHARMACEUTICALS, INC., JANSSEN RESEARCH & DEVELOPMENT LLC, JANSSEN ORTHO LLC, JOHNSON & JOHNSON, ALZA CORPORATION and BAYER HEALTHCARE PHARMACEUTICALS, INC.,

    Defendants.
_____/

**ORDER**[1]

Before the Court is Defendants' Motion to Stay Proceedings Pending Decision by the Judicial Panel on Multidistrict Litigation. (Doc. 46). Plaintiff Tara O'Flaherty does not oppose a stay.

This is a products liability suit about an oral prescription medication for bladder pain that allegedly causes ophthalmological issues. It is also one of dozens pending in federal courts. And last week, certain plaintiffs moved to transfer all cases pending in federal courts, including this one, to the District of New Jersey for centralized Multidistrict

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Litigation proceedings. Defendants now move unopposed to stay this case pending a decision about the transfer.

After considering Defendants' motion and the applicable law, the Court finds in its inherent authority that equity weighs favors staying this case. Because the stay is for a short time, the potential prejudice to Plaintiff is minimal. Indeed, Plaintiff does not oppose the stay. A stay also reduces Defendants' risk of unnecessary, duplicative expenditures. And permitting this case to go forward may result in a waste of judicial resources.

Accordingly, it is now

**ORDERED:**

(1) The Court **GRANTS** Defendants' Unopposed Motion to Stay Proceedings Pending Decision by the Judicial Panel on Multidistrict Litigation. (Doc. 46).

(2) The parties are **DIRECTED** to file a joint notice updating the Court on the status of the motion to transfer on or before **December 28, 2020**, and every ninety days thereafter until the matter is resolved.

(3) Defendants' Motion to Dismiss the Amended Complaint (Doc. 43) is **DENIED without prejudice**.

(4) The Clerk is **DIRECTED** to place a stay flag.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of September 2020.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record